UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA HERRERA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PIERCE COUNTY *et al.*, <br><br> Defendants. | Case No.  C95-5025FDB <br><br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Court agrees with the Magistrate Judge that this action has gone on too long. A Report from the court monitor, Dr. Sheldon, will be due on or before **October 14th, 2005**, as outlined in the Report and Recommendation. The Report will cover the items mentioned in the Report and Recommendation. Reports will be due the second week in April and the Second week in October until the settlement is complete.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 10th day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1