UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HERRERA *et al.*,

    Plaintiffs,

    v.

PIERCE COUNTY *et al.*,

    Defendants.

Case No. C95-5025FDB

ORDER RESCINDING ORDER OF OCTOBER 28, 2005, DOCKET # 28

    The Court's Order entered October 28, 2005 [Dkt. # 128] was entered in the belief that Dr. Sheldon had not filed his report as directed in the Order adopting the Magistrate Judge's Report and Recommendation. The Court has now been advised by Plaintiffs' counsel that Dr. Sheldon did file his report timely as required, and the doctor's report is now posted to the docket [Dkt. # 129].

    ACCORDINGLY, IT IS ORDERED: The Court's Order of October 28, 2005 [Dkt. # 128] is hereby RESCINDED.

    DATED this 31st day of October 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1