UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HERRERA *et al.*,

    Plaintiffs,

v.

PIERCE COUNTY *et al.*,

    Defendants.

Case No. C95-5025 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action comes before the Court on the Report and Recommendation of the Magistrate Judge that the court monitor in this action, Dr. Steve Shelton, show cause why he should not be removed as medical monitor of Pierce County's progress toward attaining the goals of the settlement agreement entered in this matter. Defendants have not filed objections to the Report and Recommendation.

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Dr. Shelton shall show cause no later than April 16, 2007, why he should not be removed as monitor in this case.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Kelley Arnold.

ORDER
Page - 1

DATED this 19th day of March, 2007.

                                              FRANKLIN D. BURGESS
                                              UNITED STATES DISTRICT JUDGE