UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA HERRERA *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>PIERCE COUNTY *et al.*,<br><br>    Defendants. | Case No. C95-5025FDB<br><br>ORDER |

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  On April 18, 2007, Dr. Shelton filed a response to the court's order to show cause (Dkt. # 137).  Dr. Shelton proposes Pierce County apply for accreditation, that quarterly reports be filed by the jails clinical staff, and that Dr. Shelton make an annual site visit and report (Dkt. # 137).  The parties are given until June 8, 2007 to file a reply to Dr. Shelton's letter.

    The clerk's office is directed to send a copy of this letter to counsel.

    DATED this 16 day of May, 2007.

                                    */S/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge

Order - 1