UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HERRERA *et al.*,

    Plaintiffs,

    v.

PIERCE COUNTY *et al.*,

    Defendants.

Case No. C95-5025FDB

ORDER

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). On July 9, 2007, the court conducted a status conference call on this case. The court now enters the following order:

(1). Dr. Shelton is removed as the court monitor of this action.

(2) The parties will have until August 15, 2007, to submit two names of potential persons to replace Dr. Shelton as court monitor in this action.

(3) Estimated costs for each person should also be provided.

The clerk's office is directed to send a copy of this order to counsel.

DATED this 9 day of July, 2007.

                              */S/ J. Kelley Arnold*
                              J. Kelley Arnold
                              United States Magistrate Judge

Order - 1