Hon. Franklin Burgess
U.S. District Judge

Hon. J. Kelley Arnold
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA HERRERA, et al,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PIERCE COUNTY, et. al,<br><br>　　　　　Defendants. | NO. C95-5025-FDB<br><br>STIPULATION FOR EXTENSION OF TIME FOR REPORT TO COURT WITH RESPECT TO PROPOSED MONITORS AND ORDER APPROVING STIPULATION |

**Deleted:** [PROPOSED]

## INTRODUCTION

The Court has ordered that Dr. Steve Shelton be removed as the Court Monitor and directed counsel for parties to propose the names of two monitors (Docket No. 145). The Court has directed counsel to provide estimated costs for each proposed monitor.

The parties have conferred and were prepared to make with a single, agreed recommendation. Unfortunately, on Monday August 13, 2007, the parties learned that the agreed upon nominee had taken a new position and no longer had time to perform as Court Monitor in this case

## STIPULATION

The Parties stipulate that an additional three weeks, to Wednesday September 5, 2007 should be allowed so that the parties may each further evaluate other nominees, including but

---

STIPULATION FOR EXTENSION OF TIME FOR
REPORT TO COURT WITH RESPECT
TO PROPOSED MONITORS - 1
No. 95-5025-FDB

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

1  not limited to Dr. Joe Goldenson of California and Dr. Joseph Paris of Georgia, in an effort to
2  determine whether a joint nomination might be made, or whether the parties will each make
3  one or two nominations for the Court's consideration.
4      Respectfully Submitted this: _____ day of August, 2007.

**LAW OFFICES OF**
**FRED DIAMONDSTONE**

s/ Fred Diamondstone
Fred Diamondstone, WSBA No. 7138
Attorney for Plaintiff
710 2nd Avenue, Suite 700
Seattle, WA  98104
Telephone:  (206) 568-0082
Fax:     (206) 568-1683
E-mail:  fdiamondstone@seanet.com

**GORDON THOMAS HONEYWELL**
**MALANCA PETERSON & DAHEIM**

s/ Sal Mungia
Sal Mungia, WSBA No. 14807
Gordon, Thomas, Honeywell,
 Malanca, Peterson & Daheim
Wells Fargo Plaza
1201 Pacific Avenue, Suite 2100
Tacoma, Washington 98401-1157
E-mail:  smungia@gth-law.com

**GERALD A. HORNE**
**PIERCE COUNTY PROSECUTOR**

s/ Douglas Vanscoy
**Douglas Vanscoy**
Deputy Prosecuting Attorney
955 Tacoma Ave. South, Suite 301
Tacoma, WA   98402-2160
E-mail: dvansco@co.pierce.wa.us

/ / /

STIPULATION FOR EXTENSION OF TIME FOR
REPORT TO COURT WITH RESPECT
TO PROPOSED MONITORS - 2
No. 95-5025-FDB

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

**ORDER**

IT IS HEREBY ORDERED that the Stipulation is APPROVED and that the parties shall file a joint report or separate reports concerning the nomination of a new Court Monitor with respect to medical care at the Pierce County Detention Center (Jail) on or before September 5, 2007.

DONE IN CHAMBERS this: 20th day of August, 2007.

/s/ J. Kelley Arnold
Hon. J. Kelley Arnold
United States Magistrate Judge

Presented By:

s/Fred Diamondstone
Of Attorneys for Plaintiff

Approved:

s/Douglas Vanscoy
Deputy Prosecuting for Pierce County
Attorney for Defendants

STIPULATION FOR EXTENSION OF TIME FOR
REPORT TO COURT WITH RESPECT
TO PROPOSED MONITORS - 3
No. 95-5025-FDB

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

DECLARATION OF SERVICE

I hereby certify that on _____ I electronically filed the foregoing REPORT TO COURT WITH RESPECT TO PROPOSED MONITORS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Salvador A. Mungia**
Gordon Thomas Honeywell Malanca
Peterson & Daheim
PO Box 1157
Tacoma, WA 98401-1157
smungia@gth-law.com

**Douglas Vanscoy**
Deputy Prosecuting Attorney
955 Tacoma Ave. South, Suite 301
Tacoma, WA 98402-2160
dvansco@co.pierce.wa.us

**Additionally, a copy is being mailed to:**

**Craig Adams**
Legal Advisor to the Sheriff
Pierce Co. Sheriff's Office
930 Tacoma Avenue South
Tacoma, WA 98402-2160

s/ Fred Diamondstone
Fred Diamondstone, WSBA No. 7138
Attorney for Plaintiff
710 2nd Avenue, Suite 700
Seattle, WA 98104
Telephone: (206) 568-0082
Fax: (206) 568-1683
E-mail: fdiamondstone@seanet.com

STIPULATION FOR EXTENSION OF TIME FOR
REPORT TO COURT WITH RESPECT
TO PROPOSED MONITORS - 4
No. 95-5025-FDB

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX