# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

SANDRA HERRERA, et al.,

                Plaintiffs,

     v.

PIERCE COUNTY, et al.,

                Defendants.

**Case No.** C95-5025FDB

ORDER APPOINTING DR. JOE GOLDENSON MONITOR

This matter comes before the court pursuant to the court's request that the parties submit their respective nominees to serve as Monitor in this proceeding (Dockets #145, #146, #147). Each party has submitted a written memorandum naming and supporting their nominee along with a curriculum vitae (Dockets #148, 149).

The court has considered each recommendation and would note that both nominees appear to be well educated, qualified, and experienced in the areas of prisons and health care. The court has taken note of their respective anticipated costs and expenses, availability, and other commitments. While no individual issue appears to be dispositive, the court selects **Dr. Joe Goldenson,** effective immediately**,** to serve as Monitor in place of Dr. Steve Shelton.

Dated this 11th day of September 2007.

       */s/ J. Kelley Arnold*
       J. Kelley Arnold, United States Magistrate Judge

ORDER
Page - 1