UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HERRERA *et al.*,

    Plaintiffs,

    v.

PIERCE COUNTY *et al.*,

    Defendants.

Case No. C95-5025FDB

ORDER

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). On March 3, 2009, the clerk's office received pleadings from a person who is not a party to this action, Timothy Whitmore. Mr. Whitmore asked that his pleading be filed as an "Amicus Curiae Brief." The pleading itself asks for the stay of a "Lower Court Action" or alternatively that the pleading be filed as an amicus brief. Mr. Whitmore did not file a motion asking the court's permission to file a brief as amicus. Further, he has not explained why he should be allowed to intervene in this action in any form.

    Prior to the court being able to advise Mr. Whitmore he needed to file a motion asking for permission to file an amicus brief, the court received a request from him asking that he be allowed to withdraw his pleadings. This request was received on March 5, 2009.

Order - 1

1   Mr. Whitmore is not a party to this action.  He does not have the court's permission to file
2   any pleadings in this case.  The documents Mr. Whitmore has sent to court will be returned to him
3   without being scanned or filed in this action.
4   Mr. Whitmore is further advised that without leave of court to participate in this action, he
5   may not file pleadings herein.
6   The clerk's office is directed to return Mr. Whitmore's pleadings to him along with a copy
7   of this order.  Further, the clerk's office is directed to send a copy of this order to counsel.

DATED this 5 day of March, 2009.

/S/ J. Kelley Arnold
J. Kelley Arnold
United States Magistrate Judge

Order - 2