Hon. Robert J. Bryan
U.S. District Judge

Hon. J. Kelley Arnold
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HERRERA, et al,

    Plaintiffs,

v.

PIERCE COUNTY, et. al,

    Defendants.

NO. C95-5025RJB-JKA

ORDER ON MOTION FOR EXTENSION OF TIME

THIS MATTER coming on regularly for hearing before the Hon. J. Kelley Arnold, United States Magistrate Judge, on Defendants' Motion for an Extension of Time to Respond to Plaintiffs' Motion for Additional Nursing Staff (dkt #226), the Court having reviewed the Motion for Extension, Plaintiffs' Response, and Defendants' Reply, now therefore

IT IS HEREBY ORDERED that the Extension is GRANTED, and that the following briefing schedule is set:

Defendants' Response is due: September 15, 2009

Plaintiffs' Reply is due: September 22, 2009

ORDER ON DEFENDANTS' MOTION FOR
EXTENSION OF TIME - 1

1     IT IS FURTHER ORDERED that oral argument on Plaintiffs' Motion for Additional

2 Nursing Staff (dkt #224) shall be heard before the undersigned United States Magistrate

3 Judge on September 25, 2009 at 9:00 a.m.

4     DATED this 31st day of August, 2007.

                                              */s/ J. Kelley Arnold*
                                              Hon. J. Kelley Arnold
                                              United States Magistrate Judge

ORDER ON DEFENDANTS' MOTION FOR
EXTENSION OF TIME - 2