UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HERRERA, *et al.*

    Plaintiffs,

v.

PIERCE COUNTY, *et al.*

    Defendants.

CASE NO. C95-5025RJB/JKA

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) All provisions of the Consent Decree other than those relating to health care are TERMINATED. All provisions of the consent decree related to health care continue to be before the court.

(3) The parties shall mediate the remaining issues prior to December 10, 2009.

DATED this 23rd day of October, 2009.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1