Hon. Robert J. Bryan
Hon. J. Kelley Arnold

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HERRERA, et al.,

        Plaintiffs,

Vs.

PIERCE COUNTY, et al.,

        Defendants.

NO. C95-5025 RJB/JKA

STIPULATED ORDER REMOVING COURT MONITOR AND APPOINTING REPLACEMENT

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that pursuant to the Court approved settlement agreement (Dkt. # 284), the Court should order Dr. Joseph Goldenson removed as the court monitor of this action and appoint Judith F. Cox as his replacement to perform only the function described in the aforementioned settlement agreement.

DATED this 8th day of JANUARY, 2010.

| Attorneys for Plaintiffs | Attorney for Defendants |
|---|---|
| ACLU OF WASHINGTON FOUNDATION<br>s/ Harry Williams<br>Harry Williams, WSBA No. 41020<br>ACLU of Washington<br>705 Second Avenue, Suite 300<br>Seattle, WA 98104<br>E-mail: hwilliams@aclu-wa.org | Mark Lindquist - Pierce County Prosecutor<br>s/ Daniel R. Hamilton<br>Daniel R. Hamilton, WSBA # 14658<br>Deputy Prosecuting Attorney<br>955 Tacoma Ave. South, Suite 301<br>Tacoma, WA 98402-2160<br>dhamilt@co.pierce.wa.us |

Page 1 - Order

s/ Salvador Mungia
Salvador A. Mungia, WSBA No. 14807
Gordon, Thomas, Honeywell, Malanca, Peterson
& Daheim
PO Box 1157
Tacoma, WA 98401-1157
smungia@gth-law.com

s/ Douglas Vanscoy
Douglas Vanscoy, WSBA #
Deputy Prosecuting Attorney
955 Tacoma Ave. South, Suite 301
Tacoma, WA 98402-2160
dvansco@co.pierce.wa.us

s/ Fred Diamondstone
Fred Diamondstone, WSBA No. 7138
710 Second Ave., #700
Seattle, WA 98104
fdiamondstone@seanet.com

Pursuant to the Court approved settlement agreement and the above stipulation of the Parties, the Court enters the following:

## **ORDER**

1. Dr. Joseph Goldenson is removed as the court monitor of this action;

2. Judith F. Cox is appointed as the court monitor of this action to replace Dr. Goldenson;

3. By July 30, 2010, the new court monitor will submit a report to the Court and parties concerning her examination of the ten (10) issues remaining in this case that are listed in the approved settlement agreement -- specifically: a) Segregation rounds; b) Response to medical kites; c) Response to mental health kites; d) Refusal of care; e) Training of custody staff performing reception screening; f) Privacy of nursing interviews at reception; g) Management of alcohol withdrawal; h) Chronic disease program; i) Continuous Quality Improvement program; and j) Mental health referrals from booking. See Dkt. # 284-2 at 1-2. Pursuant to the aforementioned agreement, the report should address those items only to the extent they concern provision of minimal standards of constitutionally adequate health care. Id.

DONE IN CHAMBERS, this 11th day of January, 2010.

J. Kelley Arnold
United States Magistrate Judge

Page 2 - Order

| | |
|---|---|
| Presented by: | Approved and Notice of Presentment Waived: |
| MARK LINDQUIST<br>Prosecuting Attorney | HARRY WILLIAMS<br>Attorney at Law |
| By s/ DANIEL R. HAMILTON<br>DANIEL R. HAMILTON / WSB# 14658<br>Deputy Prosecuting Attorney<br>Attorneys for Pierce County | By s/ HARRY WILLIAMS<br>HARRY WILLIAMS/ WSBA # 41020<br>Attorney for Plaintiffs |

Page 3 - Order