**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

SANDRA HERRERA, et al.,

         Plaintiff(s),

         vs.

PIERCE COUNTY,et al. ,

         Defendant(s).

**Case No.  C95-5025RJB-JKA**

**ORDER RE: STATUS CONFERENCE**

This matter comes before the court pursuant to the order of the Honorable Robert J. Bryan for a Status Conference (Dkt#285).  On order of reference, the undersigned presided.

Attorney Fred Diamondstone appeared for plaintiffs.  Attorney Dan Hamilton appeared for Defendants.  Pursuant to inquiry the court was advised as follows:

1. Court Monitor, Judith Cox, is engaged in the monitoring process; the next telephone conference between the monitor and counsel is scheduled for June 22, 2010; a site visit to the Pierce County Jail is scheduled for July 12.   Ms. Cox intends to utilize the services of nurse Christine Page during the July 12 visit.  The Monitor's report is due July 30, 2010 (Dkt#284).

2. The two Registered Nurses contemplated in paragraph A. of the attachment to Stipulation and Order Approving Settlement Agreement dated December 8, 2009 (Dkt#284) have been hired (although a previously employed Registered Nurse has left employment and a replacement hire is in process).

3.  Both parties agreed that the process of seeking compliance was proceeding on schedule, although plaintiffs' counsel noted concerns regarding (a) two reported suicides this

Order - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

SANDRA HERRERA, et al.,

             Plaintiff(s),

        vs.

PIERCE COUNTY,et al. ,

             Defendant(s).

**Case No.  C95-5025RJB-JKA**

**ORDER RE: STATUS CONFERENCE**

     This matter comes before the court pursuant to the order of the Honorable Robert J. Bryan for a Status Conference (Dkt#285).  On order of reference, the undersigned presided.

     Attorney Fred Diamondstone appeared for plaintiffs.  Attorney Dan Hamilton appeared for Defendants.  Pursuant to inquiry the court was advised as follows:

     1. Court Monitor, Judith Cox, is engaged in the monitoring process; the next telephone conference between the monitor and counsel is scheduled for June 22, 2010; a site visit to the Pierce County Jail is scheduled for July 12.   Ms. Cox intends to utilize the services of nurse Christine Page during the July 12 visit.  The Monitor's report is due July 30, 2010 (Dkt#284).

     2. The two Registered Nurses contemplated in paragraph A. of the attachment to Stipulation and Order Approving Settlement Agreement dated December 8, 2009 (Dkt#284) have been hired (although a previously employed Registered Nurse has left employment and a replacement hire is in process).

     3.  Both parties agreed that the process of seeking compliance was proceeding on schedule, although plaintiffs' counsel noted concerns regarding (a) two reported suicides this

Order - 1

spring; and (b) failure of one member to attend Quality Improvement Team meetings, choosing instead to review minutes after the fact and approve them.

IT IS HEREBY ORDERED ADJUDGED AND DECREED AS FOLLOWS:

1. *The Stay/Modified Stay of Proceedings (Dkt#285) is lifted*

2. **If the matter is not fully resolved no later than October 15, 2010, the parties are to engage in mediation with attorney Christopher Keay no later than November 17, 2010.**

3. **The matter is set for trial January 24, 2011 at 9:30 a.m. before the Honorable Robert J. Bryan; a Pre-Trial Conference is scheduled for January 14, 2011 at 8:30 a.m.**

Dated this 17th day of May 2010.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 2

spring; and (b) failure of one member to attend Quality Improvement Team meetings, choosing instead to review minutes after the fact and approve them.

IT IS HEREBY ORDERED ADJUDGED AND DECREED AS FOLLOWS:

1. *The Stay/Modified Stay of Proceedings (Dkt#285) is lifted*

2. **If the matter is not fully resolved no later than October 15, 2010, the parties are to engage in mediation with attorney Christopher Keay no later than November 17, 2010.**

3. **The matter is set for trial January 24, 2011 at 9:30 a.m. before the Honorable Robert J. Bryan; a Pre-Trial Conference is scheduled for January 14, 2011 at 8:30 a.m.**

Dated this 17th day of May 2010.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 2