UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HERRERA, et al.,

    Plaintiffs,

    v.

PIERCE COUNTY, et al.,

    Defendants..

Case No.C95-5452RJB-JKA

MINUTE ORDER SETTING TRIAL
AND CERTAIN PRETRIAL DATES

| | |
|---|---|
| **Bench TRIAL** set for 9:30 a.m. on | January 24, 2011 |
| Mediation HELD no later than | November 17, 2010 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday before any scheduled pretrial conference. | December 30, 2010 |
| Agreed pretrial order LODGED with the court by | January 7, 2011 |
| Pretrial conference will be HELD at 8:30 a.m. on (COUNSEL SHALL REPORT TO COURTROOM A) | January 14, 2011 |
| Trial briefs due | January 14, 2011 |

POPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

    If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

ORDER SETTING TRIAL, AND CERTAIN
PRETRIAL DATES
- 1

1  If this case is settled, please advise Dara Kaleel, Courtroom Deputy to Judge Bryan immediately
2  at (253) 882-3824.  If this case is not settled, <u>it will go to trial on the date set or as soon thereafter as the</u>
3  <u>court is available.</u>

4  The foregoing Minute Order entered by <u>s/Dara Kaleel</u>, Deputy Clerk, **BY DIRECTION OF**
5  **THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.**

26 ORDER SETTING TRIAL, AND CERTAIN
PRETRIAL DATES
- 2