

**Herrera v. Pierce County C95-5025**

**Kelley Arnold(Mag Judge)**   to: fdiamondstone, smungia, dunne, dvansco, dhamilt

08/24/2010 01:31 PM

Cc: Robert Bryan
Bcc: Caroline Gonzalez

Counsel:

This is to advise that Judge Bryan and I have received the report of Judith Cox as well as copies of your August 6 correspondence to her.

I note that the mediation deadline is November 17.  This is to remind you to make mediation arrangements sufficiently in advance of that deadline in order that Judge Bryan may know the results immediately thereafter.


J. Kelley Arnold
U.S. Magistrate Judge