UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA HERRERA, et al.,

    Plaintiffs,

v.

PIERCE COUNTY, et al.,

    Defendants.

Case No. C95-5025RJB/JKA

ORDER ON PLAINTIFFS' MOTION FOR NOTICE TO THE CLASS RE: SETTLEMENT AND PROPOSED TERMINATION OF RELIEF

    This matter comes before the court on the Report and Recommendation of the Magistrate Judge. Dkt. 364. The court has considered the Report and Recommendation, and the remainder of the file herein.

    On December 20, 2010, U.S. Magistrate Judge J. Kelley Arnold issued a Report and Recommendation, recommending that the court deny Plaintiffs' Motion for Notice to the Class Re: Settlement and Proposed Termination of Relief (Dkt. 360), on the basis that notice to class members is not required under Fed.R.Civ.P. 23(e). Dkt. 364. No objections have been filed to the Report and Recommendation.

    For the reasons set forth in the Report and Recommendation, the court should adopt the Report and Recommendation, deny plaintiffs' motion for notice to the class, and direct that notice of settlement and termination of relief is not required.

ORDER
Page - 1

Therefore, it is hereby

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 364) is **ADOPTED**. Plaintiffs' Motion for Notice to the Class Re: Settlement and Proposed Termination of Relief (Dkt. 360) is **DENIED**. Notice to the class members of settlement and termination of relief is not required.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 14th day of January, 2011.

Robert J Bryan
United States District Judge